UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
WILMINGTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| GENITOPE CORPORATION | § | Case No. 14-12857-BLS |
| | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/31/2014. The undersigned trustee was appointed on 01/05/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 75,549.51 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 28,001.69 |
| Bank Service Fees | | 2,842.12 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 44,705.70 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/18/2015 and the deadline for filing governmental claims was 06/29/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $7,027.48. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $7,027.48, for a total compensation of $7,027.48.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00 for total expenses of $0.00.[2]

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date : 09/04/2019    By : /s/ Charles M. Forman

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** 14-12857 **Judge:** Brendan L. Shannon **Trustee Name:** Charles M. Forman
**Case Name:** GENITOPE CORPORATION **Date Filed (f) or Converted (c):** 12/31/2014 (f)
**341(a) Meeting Date:** 02/09/2015
**For Period Ending:** 09/04/2019 **Claims Bar Date:** 06/18/2015

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | COMERICA BANK CHECKING ACCOUNT | 59,705.30 | 59,705.30 | | 59,601.45 | FA |
| 2. | PREPAID STORAGE, SERVER AND P.O. BOX | 1,749.64 | 1,749.64 | | 0.00 | FA |
| 3. | REFUND DUE AT&T | 2.99 | 2.99 | | 0.00 | FA |
| 4. | PATENTS, COPYRIGHTS ETC | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. | LICENSES, FRANCHISES, ETC. | 0.00 | 0.00 | | 0.00 | FA |
| 6. | MACHINERY FIXTURES EQUIPMENT & SUPPLIES | 0.00 | 0.00 | | 0.00 | FA |
| 7. | CT SCANS | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. | 90 DAY TRANSFERS | 0.00 | 0.00 | | 0.00 | FA |
| 9. | TRANSFER - OTHER TO DAN W. DENNEY JR | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. | EXCESS ATTORNEY RETAINER - COOLEY LLP (u) | 15,948.06 | 15,948.06 | | 15,948.06 | FA |
| 11. | DEBTOR'S BOOKS AND RECORDS (u) | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| | | | | | | **Gross Value of Remaining Assets** |
| | **TOTALS (Excluding Unknown Values)** | 90,905.99 | 82,405.99 | | 75,549.51 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FINAL TAX RETURNS TO BE DONE**
**CLAIMS MOTIONS TO BE FILED**

**CF/AA>KRL**



**Exhibit A**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** **14-12857** **Judge:** **Brendan L. Shannon** **Trustee Name:** **Charles M. Forman**
**Case Name:** **GENITOPE CORPORATION** **Date Filed (f) or Converted (c):** **12/31/2014 (f)**
**341(a) Meeting Date:** **02/09/2015**
**For Period Ending:** **09/04/2019** **Claims Bar Date:** **06/18/2015**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2016 **Current Projected Date of Final Report(TFR) :** 07/31/2019

**Trustee's Signature** /s/Charles M. Forman **Date:** 09/04/2019

Charles M. Forman
365 West Passaic Street
Suite 400
Rochelle Park, NJ 07662
Phone : (201) 845-1000



**Exhibit A**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 14-12857
**Case Name:** GENITOPE CORPORATION

**Taxpayer ID No:** **-***6313
**For Period Ending:** 9/4/2019

**Trustee Name:** Charles M. Forman
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******3405 Checking Account
**Blanket bond (per case limit):** 155,842,865.00
**Separate bond (if applicable):** 0.00

| 1<br>Transaction Date | 2<br>Check or [Refer#] | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Trans. Code | 5<br>Deposits($) | 6<br>Disbursements($) | 7<br>Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 12/13/2016 | | Transfer from Union Bank | Transfer of funds | 9999-000 | 56,071.65 | | 56,071.65 |
| 12/29/2016 | 52001 | PUBLIC STORAGE | STORAGE CHARGES FOR JANUARY 2017 | 2990-000 | | 546.00 | 55,525.65 |
| 01/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 39.55 | 55,486.10 |
| 02/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 64.05 | 55,422.05 |
| 03/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 63.78 | 55,358.27 |
| 03/16/2017 | 52002 | PUBLIC STORAGE | STORAGE FEB, MARCH & APRIL | 2410-000 | | 1,775.40 | 53,582.87 |
| 03/28/2017 | 52003 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 | | 10.65 | 53,572.22 |
| | | | | Page Subtotals | 56,071.65 | 2,499.43 | |



**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 14-12857
**Case Name:** GENITOPE CORPORATION

**Taxpayer ID No:** **-***6313
**For Period Ending:** 9/4/2019

**Trustee Name:** Charles M. Forman
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******3405 Checking Account
**Blanket bond (per case limit):** 155,842,865.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *03/28/2017 | 52004 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 | | 5.93 | 53,566.29 |
| *03/30/2017 | | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Bond Premium | 2300-000 | | (5.93) | 53,572.22 |
| 04/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 63.51 | 53,508.71 |
| 05/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 61.58 | 53,447.13 |
| 05/11/2017 | 52005 | CIARDI CIARDI & ASTIN<br>1204 NORTH KING STREET<br>WILMINGTON , DE 19801 | LOCAL COUNSEL FEES PER ORDER 5-1-17 | 3210-000 | | 5,078.50 | 48,368.63 |
| 05/11/2017 | 52006 | CIARDI CIARDI & ASTIN<br>1204 NORTH KING STREET<br>WILMINGTON , DE 19801 | LOCAL COUNSEL EXPENSES ORDER 5-1-17 | 3220-000 | | 78.64 | 48,289.99 |
| | | | | Page Subtotals | 0.00 | 5,282.23 | |



**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 14-12857
**Case Name:** GENITOPE CORPORATION

**Taxpayer ID No:** **-***6313
**For Period Ending:** 9/4/2019

**Trustee Name:** Charles M. Forman
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******3405 Checking Account
**Blanket bond (per case limit):** 155,842,865.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 61.51 | 48,228.48 |
| 06/19/2017 | 52007 | PUBLIC STORAGE | MAY, JUNE & JULY | 2410-000 | | 1,954.20 | 46,274.28 |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 58.25 | 46,216.03 |
| 08/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 53.18 | 46,162.85 |
| 09/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 53.12 | 46,109.73 |
| 10/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 53.07 | 46,056.66 |
| | | | | Page Subtotals | 0.00 | 2,233.33 | |



**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 14-12857
**Case Name:** GENITOPE CORPORATION

**Taxpayer ID No:** **-***6313
**For Period Ending:** 9/4/2019

**Trustee Name:** Charles M. Forman
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******3405 Checking Account
**Blanket bond (per case limit):** 155,842,865.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 53.00 | 46,003.66 |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 52.94 | 45,950.72 |
| 01/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 52.88 | 45,897.84 |
| 01/09/2018 | 52008 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST.<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Bond Premium 1/1/18 - 1/1/19 BOND 016026389 | 2300-000 | | 11.43 | 45,886.41 |
| 02/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 52.81 | 45,833.60 |
| 03/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 52.75 | 45,780.85 |
| | | | | Page Subtotals | 0.00 | 275.81 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 14-12857
**Case Name:** GENITOPE CORPORATION
**Taxpayer ID No:** **-***6313
**For Period Ending:** 9/4/2019

**Trustee Name:** Charles M. Forman
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******3405 Checking Account
**Blanket bond (per case limit):** 155,842,865.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 52.69 | 45,728.16 |
| 05/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 52.62 | 45,675.54 |
| 06/04/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 52.56 | 45,622.98 |
| 07/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 52.50 | 45,570.48 |
| 08/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 52.44 | 45,518.04 |
| 09/04/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 52.38 | 45,465.66 |
| | | | | Page Subtotals | 0.00 | 315.19 | |



**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 14-12857
**Case Name:** GENITOPE CORPORATION
**Taxpayer ID No:** **-***6313
**For Period Ending:** 9/4/2019

**Trustee Name:** Charles M. Forman
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******3405 Checking Account
**Blanket bond (per case limit):** 155,842,865.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/18/2018 | 52009 | STATE OF NEW JERSEY - CBT | 2015 TAXES<br>EIN# 77-0436313 | 2820-000 | | 752.00 | 44,713.66 |
| 03/14/2019 | 52010 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST.<br>SUITE 420<br>NEW ORLEANS, LA 70139 | BOND #016026389 PREMIUM - 1/1/19 - 1/1/20 | 2300-000 | | 7.96 | 44,705.70 |

| | Deposits($) | Disbursements($) |
|---|---|---|
| Page Subtotals | 0.00 | 759.96 |
| **COLUMN TOTALS** | 56,071.65 | 11,365.95 |
| Less:Bank Transfer/CD's | 56,071.65 | 0.00 |
| **SUBTOTALS** | 0.00 | 11,365.95 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 11,365.95 |



**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 14-12857
**Case Name:** GENITOPE CORPORATION

**Taxpayer ID No:** **-***6313
**For Period Ending:** 9/4/2019

**Trustee Name:** Charles M. Forman
**Bank Name:** Union Bank
**Account Number/CD#:** ******6259 Checking Account
**Blanket bond (per case limit):** 155,842,865.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/19/2015 | [10] | COOLEY LLP | RETURN OF RETAINER FROM PRE-PETITIO N COUNSEL | 1290-000 | 15,948.06 | | 15,948.06 |
| 02/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 15,933.06 |
| 03/11/2015 | 100001 | PUBLIC STORAGE 66666 | POST PETITION STORAGE 1/1>4/30/15 PROPERTY NUMBER: 66666ACCT#12482960 | 2410-000 | | 1,544.25 | 14,388.81 |
| 03/18/2015 | [1] | COMERICA BANK | CLOSING OF PRE-PETITION BANK ACCT | 1129-000 | 59,601.45 | | 73,990.26 |
| 03/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 21.41 | 73,968.85 |
| 04/15/2015 | 100002 | CENTURY LINK | MAINTENANCE ON SERVERS 5/1/15>5/31/15 INV#B1-1035230 | 2990-000 | | 1,071.72 | 72,897.13 |
| 04/27/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 60.16 | 72,836.97 |
| 05/26/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 105.82 | 72,731.15 |
| 06/12/2015 | 100003 | PUBLIC STORAGE 66666 | STORAGE OF DEBTORS RECORDS RECORDS INCLUDE INFORMATION REGARDING DEBTORS INTELECTUAL PROPERTY | 2410-000 | | 946.00 | 71,785.15 |
| | | | | Page Subtotals | 75,549.51 | 3,764.36 | |



**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 14-12857
**Case Name:** GENITOPE CORPORATION

**Taxpayer ID No:** **-***6313
**For Period Ending:** 9/4/2019

**Trustee Name:** Charles M. Forman
**Bank Name:** Union Bank
**Account Number/CD#:** ******6259 Checking Account
**Blanket bond (per case limit):** 155,842,865.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 108.23 | 71,676.92 |
| 07/27/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 104.31 | 71,572.61 |
| 08/25/2015 | 100004 | PUBLIC STORAGE | STORAGE OF RECORDS | 2990-000 | | 1,379.00 | 70,193.61 |
| 08/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 106.51 | 70,087.10 |
| 09/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 106.01 | 69,981.09 |
| 10/26/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 100.78 | 69,880.31 |
| 10/30/2015 | 100005 | PUBLIC STORAGE | STORAGE OF RECORDS | 2410-000 | | 1,132.50 | 68,747.81 |
| 11/19/2015 | 100006 | PUBLIC STORAGE | STORAGE NOVEMBER 2015 | 2410-000 | | 586.50 | 68,161.31 |
| 11/25/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 83.19 | 68,078.12 |
| 12/28/2015 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 79.04 | 67,999.08 |
| | | | | Page Subtotals | 0.00 | 3,786.07 | |



**Exhibit B**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-12857
Case Name: GENITOPE CORPORATION

Taxpayer ID No: **-***6313
For Period Ending: 9/4/2019

Trustee Name: Charles M. Forman
Bank Name: Union Bank
Account Number/CD#: ******6259 Checking Account
Blanket bond (per case limit): 155,842,865.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 80.93 | 67,918.15 |
| 01/27/2016 | 100007 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET - STE 420<br>NEW ORLEANS LA , 70139 | BLANKET BOND # 016026389 | 2300-000 | | 31.24 | 67,886.91 |
| 02/11/2016 | 100008 | PUBLIC STORAGE | STORAGE FEES | 2420-000 | | 1,236.00 | 66,650.91 |
| 02/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 80.61 | 66,570.30 |
| 03/02/2016 | 100009 | PUBLIC STORAGE | STORAGE FEES FEB/MAR 2016 | 2410-000 | | 1,096.50 | 65,473.80 |
| 03/15/2016 | 100010 | PUBLIC STORAGE 66666 | STORAGE OF RECORDS APRIL 2016 | 2410-000 | | 510.00 | 64,963.80 |
| 03/18/2016 | 100011 | CIARDI CIARDI & ASTIN<br>1204 NORTH KING STREET<br>WILMINGTON , DE 19801 | INTERIM FEES ORDER 2-26-16 | 3210-000 | | 3,762.00 | 61,201.80 |
| 03/18/2016 | 100012 | CIARDI CIARDI & ASTIN<br>1204 NORTH KING STREET<br>WILMINGTON , DE 19801 | INTERIM EXPENSES ORDER 2-26-16 | 3220-000 | | 33.20 | 61,168.60 |
| 03/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 74.96 | 61,093.64 |
| | | | | Page Subtotals | 0.00 | 6,905.44 | |



Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 14-12857
**Case Name:** GENITOPE CORPORATION

**Taxpayer ID No:** **-***6313
**For Period Ending:** 9/4/2019

**Trustee Name:** Charles M. Forman
**Bank Name:** Union Bank
**Account Number/CD#:** ******6259 Checking Account
**Blanket bond (per case limit):** 155,842,865.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/15/2016 | 100013 | PUBLIC STORAGE | STORAGE OF RECORDS MAY | 2410-000 | | 510.00 | 60,583.64 |
| 04/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 77.76 | 60,505.88 |
| 05/17/2016 | 100014 | PUBLIC STORAGE | STORAGE OF RECORDS JUNE | 2410-000 | | 510.00 | 59,995.88 |
| 05/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 70.43 | 59,925.45 |
| 06/27/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 71.59 | 59,853.86 |
| 07/18/2016 | 100015 | PUBLIC STORAGE | STORAGE CHARGES JULY | 2410-000 | | 586.50 | 59,267.36 |
| 07/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 68.75 | 59,198.61 |
| 08/19/2016 | 100016 | PUBLIC STORAGE | STORAGE OF RECORDS - AUG/SEPT 2016 | 2410-000 | | 1,020.00 | 58,178.61 |
| 08/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 70.80 | 58,107.81 |
| 09/13/2016 | 100017 | PUBLIC STORAGE | STORAGE OF RECORDS | 2990-000 | | 153.00 | 57,954.81 |
| | | | | Page Subtotals | 0.00 | 3,138.83 | |



**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 14-12857
**Case Name:** GENITOPE CORPORATION
**Taxpayer ID No:** **-***6313
**For Period Ending:** 9/4/2019

**Trustee Name:** Charles M. Forman
**Bank Name:** Union Bank
**Account Number/CD#:** ******6259 Checking Account
**Blanket bond (per case limit):** 155,842,865.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/26/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 69.87 | 57,884.94 |
| 10/05/2016 | 100018 | PUBLIC STORAGE | STORAGE OF RECORDS OCTOBER 2016 | 2990-000 | | 586.50 | 57,298.44 |
| 10/25/2016 | 100019 | PUBLIC STORAGE | STORAGE OF RECORDS NOVEMBER | 2990-000 | | 546.00 | 56,752.44 |
| 10/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 66.60 | 56,685.84 |
| 11/17/2016 | 100020 | PUBLIC STORAGE | STORAGE OF RECORDS DECEMBER | 2990-000 | | 546.00 | 56,139.84 |
| 11/25/2016 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 68.19 | 56,071.65 |
| 12/13/2016 | | Transfer to Texas Capital Bank | Transfer of funds to account ending 3405 | 9999-000 | | 56,071.65 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 57,954.81 |
| **COLUMN TOTALS** | 75,549.51 | 75,549.51 |
| Less:Bank Transfer/CD's | 0.00 | 56,071.65 |
| **SUBTOTALS** | 75,549.51 | 19,477.86 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 75,549.51 | 19,477.86 |



**Exhibit B**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 14-12857
**Case Name:** GENITOPE CORPORATION

**Taxpayer ID No:** **-***6313
**For Period Ending:** 9/4/2019

**Trustee Name:** Charles M. Forman
**Bank Name:** Union Bank
**Account Number/CD#:** ******6259 Checking Account
**Blanket bond (per case limit):** 155,842,865.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | |
|---|---|
| All Accounts Gross Receipts: | 75,549.51 |
| All Accounts Gross Disbursements: | 30,843.81 |
| All Accounts Net: | 44,705.70 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******6259 Checking Account | 75,549.51 | 19,477.86 | |
| ******3405 Checking Account | 0.00 | 11,365.95 | |
| **Net Totals** | 75,549.51 | 30,843.81 | 44,705.70 |

Case: 14-12857
GENITOPE CORPORATION

Charles M. Forman
CLAIMS REGISTER
EXHIBIT C Page 1

Claims Bar Date: 06/18/15 Government Bar Date: 06/29/15

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | CHARLES M. FORMAN,<br>P.O. Box 627<br>Paramus, NJ 07653 | 2100 | 0.00 | 7,027.48 | 7,027.48 | 0.00 | 7,027.48 |
| | CHARLES M. FORMAN ON | 3110 | 0.00 | 12,618.50 | 12,618.50 | 0.00 | 12,618.50 |
| | IN ORDER TO FUND A DISTRIBUTION TO UNSECURED CREDITORS, THE TRUSTEE AND HIS PROFESSIONALS AGREE TO A REDUCTION OF PROPOSED PAYMENT TO $9,375.19 | | | | | | |
| | CHARLES M. FORMAN, AS | 3110 | 0.00 | 3,739.00 | 3,739.00 | 0.00 | 3,739.00 |
| | IN ORDER TO FUND A DISTRIBUTION TO UNSECURED CREDITORS, THE TRUSTEE AND HIS PROFESSIONALS AGREE TO A REDUCTION OF PROPOSED PAYMENT TO $1,018.75 | | | | | | |
| | FORMAN HOLT | 3110 | 0.00 | 12,600.00 | 12,600.00 | 0.00 | 12,600.00 |
| | IN ORDER TO FUND A DISTRIBUTION TO UNSECURED CREDITORS, THE TRUSTEE AND HIS PROFESSIONALS AGREE TO A REDUCTION OF PROPOSED PAYMENT TO $8,857.78 | | | | | | |
| | CHARLES M. FORMAN ON | 3120 | 0.00 | 153.20 | 153.20 | 0.00 | 153.20 |
| | CHARLES M. FORMAN, AS | 3120 | 0.00 | 57.26 | 57.26 | 0.00 | 57.26 |
| | FORMAN HOLT | 3120 | 0.00 | 105.22 | 105.22 | 0.00 | 105.22 |
| | COLE SCHOTZ P.C. | 3210 | 0.00 | 4,892.50 | 4,892.50 | 0.00 | 4,892.50 |
| | BEDERSON, LLP | 3410 | 0.00 | 6,262.00 | 6,262.00 | 0.00 | 6,262.00 |
| | BEDERSON, LLP | 3420 | 0.00 | 48.95 | 48.95 | 0.00 | 48.95 |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **47,504.11** | **47,504.11** | **0.00** | **47,504.11** |
| 00001A | Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812<br>Filed: 04/21/15 | 5800 | 0.00 | 5,337.46 | 5,337.46 | 0.00 | 5,337.46 |
| **PRIORITY TOTAL** | | | **0.00** | **5,337.46** | **5,337.46** | **0.00** | **5,337.46** |

Case: 14-12857
GENITOPE CORPORATION

Claims Bar Date: 06/18/15    Government Bar Date: 06/29/15

Charles M. Forman
CLAIMS REGISTER
EXHIBIT C Page 2

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 00002 | American Express Travel<br>PO Box 3001<br>Malvern, PA 19355<br>Filed: 06/03/15<br>Created Amount Claimed: $3520.38<br>Created Unsecured Claimed Amount: $3520.38<br><br>Created Filed By: Creditor<br>Created Date Filed: 06/03/2015 Created Remarks: Account Number (last 4 digits):1008 | 7100 | 0.00 | 3,520.38 | 3,520.38 | 0.00 | 3,520.38 |
| 00003 | PEERY ARRILLAGA<br>2450 Watson Ct.<br>Palo Alto , CA 94303<br>Filed: 09/27/16<br>CLAIM MODIFIED PER 6/17/19 ORDER | 7100 | 0.00 | 112,691,110.70 | 8,870,538.96 | 0.00 | 8,870,538.96 |
| 00001 | Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812<br>Filed: 04/21/15 | 7300 | 0.00 | 1,636.09 | 1,636.09 | 0.00 | 1,636.09 |
| **UNSECURED TOTAL** | | | **0.00** | **112,696,267.17** | **8,875,695.43** | **0.00** | **8,875,695.43** |
| **REPORT TOTALS** | | | **0.00** | **112,749,108.74** | **8,928,537.00** | **0.00** | **8,928,537.00** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-12857-BLS
Case Name: GENITOPE CORPORATION

Trustee Name: Charles M. Forman

Balance on Hand $44,705.70

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: CHARLES M. FORMAN, CHAPTER 7 TRUSTEE | $ 7,027.48 | $ 0.00 | $ 6,613.51 |
| Attorney for Trustee, Fees: CHARLES M. FORMAN ON BEHALF | $ 12,618.50 | $ 0.00 | $ 9,375.19 |
| Attorney for Trustee, Fees: CHARLES M. FORMAN, AS | $ 3,739.00 | $ 0.00 | $ 1,018.75 |
| Attorney for Trustee, Fees: FORMAN HOLT | $ 12,600.00 | $ 0.00 | $ 8,857.78 |
| Attorney for Trustee, Fees: COLE SCHOTZ P.C. | $ 4,892.50 | $ 0.00 | $ 4,604.30 |
| Attorney for Trustee, Expenses: CHARLES M. FORMAN ON | $ 153.20 | $ 0.00 | $ 144.18 |
| Attorney for Trustee, Expenses: CHARLES M. FORMAN, AS | $ 57.26 | $ 0.00 | $ 53.89 |
| Attorney for Trustee, Expenses: FORMAN HOLT | $ 105.22 | $ 0.00 | $ 99.02 |
| Accountant for Trustee, Fees: BEDERSON, LLP | $ 6,262.00 | $ 0.00 | $ 5,893.13 |
| Accountant for Trustee, Expenses: BEDERSON, LLP | $ 48.95 | $ 0.00 | $ 45.95 |

Total to be paid for chapter 7 administrative expenses $ 36,705.70

Remaining Balance $ 8,000.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,337.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001A | Bankruptcy Section MS A340 Franchise | $ 5,337.46 | $ 0.00 | $ 5,337.46 |

Total to be paid to priority creditors $ 5,337.46

Remaining Balance $ 2,662.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $8,874,059.34 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00002 | American Express Travel Related | $ 3,520.38 | $ 0.00 | $ 1.06 |
| 00003 | PEERY ARRILLAGA | $ 8,870,538.96 | $ 0.00 | $ 2,661.48 |

Total to be paid to timely general unsecured creditors $ 2,662.54

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $1,636.09 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Bankruptcy Section MS A340 Franchise | $ 1,636.09 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated creditors $ 0.00

Remaining Balance $ 0.00